



**Hudson County Offices**
574 Summit Ave., 2nd Floor, Jersey City, NJ 07306
Tel: (201) 792-6363
Fax: (201) 798-8780
407 39th St., Suite 301, Box 6, Union City, NJ 07087
Tel: (551) 257-6040
Fax: (201) 798-8780
northeastnjlegalservices.org

May 5, 2026

The Honorable Judge Stacey D. Adams, U.S.M.J.
Martin Luther King Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:     Gulf Coast Bank & Trust Company vs. Ali Atshan
        Civil Case No.: 2:26-cv-04496-ES-SDA

        DEFENDANT'S RESPONSE TO THE APRIL 28, 2026, TEXT ORDER

Your Honor,

After reviewing the court's text order of April 28, 2026, and in light of the April 22, 2026, opinion by the Supreme Court of the United States in Enbridge Energy LP, et al. v. Nessel, 606 U.S.____, (2026), Docket No. 24-783, which forecloses any equitable arguments under 28 U.S.C. §1446(b)(1), Defendant withdraws the removal of this case based on diversity jurisdiction, with Plaintiff's consent. Accordingly, the parties will file a stipulation remanding the case to the Superior Court of New Jersey, Hudson Vicinage.

Respectfully,

/s/ John Ukegbu

John Ukegbu, Esq.

Cc: Robert L. Saldutti, Esq., via CM/ECF
    Thomas B. O'Connell, Esq. via CM/ECF

---

Jack Jay Wind, Esq.
**President**

Leah B. Ashe, Esq.
**Executive Director**

Please reply to **Hudson County Offices.**

**Other Office Locations:**
**Passaic County Office**
100 Hamilton Plz., Suite 200, Box 3, Paterson, NJ 07505
(973) 523-2900
**Bergen County Office**
190 Moore St., Suite 100, Hackensack, NJ 07601
(201) 487-2166

**NNJLS IS A NON PROFIT TAX EXEMPT CORPORATION SERVING BERGEN, HUDSON, & PASSAIC COUNTIES**



America's Partner
for Equal Justice
LEGAL SERVICES CORPORATION